# United States Court of Appeals
## For the First Circuit

No. 18-2001

IN RE: TELEXFREE, LLC; TELEXFREE, INC.; TELEXFREE FINANCIAL, INC.,

Debtors.

STEPHEN DARR, as Trustee of the Estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc.,

Plaintiff, Appellee,

v.

RITA DOS SANTOS, individually and as putative class representative; MARIA MURDOCH, individually and as putative class representative; ANGELA BATISTA-JIMENEZ, individually and as putative class representative; ELISANGELA OLIVEIRA, individually and as putative class representative; DIOGO DE ARAUGO, individually and as putative class representative,

Defendants.

PLAINTIFFS' INTERIM EXECUTIVE COMMITTEE,

Interested Party, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 29, 2019, is amended as follows:

On page 11, footnote 3, line 6 of the footnote, replace "claims" with "claim".